IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JAQUIEL QUINCY ROGERS,<br><br>   Plaintiff,<br><br> v.<br><br>E. NEAL JUMP,<br><br>   Defendant. | CIVIL ACTION NO.: 2:25-cv-18 |

**O R D E R**

Defendant filed a Motion to Stay and asks the Court to stay discovery and the obligations under Federal Rule of Civil Procedure 26, pending a ruling on his motion to dismiss. Doc. 18. Plaintiff has not responded, and the time to do so has expired. Accordingly, the Court **GRANTS** Defendant's Motion as unopposed under Local Rule 7.5 ("Failure to respond within the applicable time period shall indicate . . . there is no opposition to a motion."), and **STAYS** the discovery obligations and deadlines in this case, pending a ruling on Defendant's motion to dismiss. This stay will be automatically lifted upon the issuance of a Court order ruling on the motion to dismiss, if any claims remain pending.

**SO ORDERED**, this 27th day of October, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA