AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JAQUIEL QUINCY ROGERS,

     Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: 2:25-cv-00018

SHERIFF E. NEAL JUMP,

     Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered March 13, 2026, the Court grants as unopposed

Defendant's Motion to Dismiss, dismisses without prejudice Plaintiff's Complaint for failure to

follow this Court's Orders and Local Rules, and denies Plaintiff leave to appeal in forma pauperis.

This case stands closed.

Approved by: _____

    Honorable Benjamin W. Cheesbro
    United States Magistrate Judge
    Southern District of Georgia

March 13, 2026
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020